MICHAEL JASON LEE, ESQ. (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: 858/ 550.9984
Facsimile: 858/ 550.9985
E-Mail: Michael@mjllaw.com

Christopher J. Beal, Esq. (State Bar No. 216579)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (442) 325-1637
Email: cbeal@dmalaw.com

Attorney for Applicant,
iFinex Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Application of* <br><br> iFinex Inc. <br><br> Applicant, <br><br> For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | **Case No.: 8:19-mc-00022-UA-ADS** <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT Applicant iFinex Inc., hereby associate Dillon Miller &

3  Ahuja, LLP and attorney Christopher J. Beal as co-counsel in this action.

4  The name, office address, telephone number, facsimile number, and email address of

5  associated counsel are as follows:

Christopher J. Beal, Esq. (SBN 216579)
DILLON MILLER & AHUJA, LLP
5872 Owens Ave., Suite 200
Carlsbad, CA 92008
Telephone: (858) 587-1800
Facsimile: (442) 325-1637
Email: cbeal@dmalaw.com

Dated: October 22, 2019         **LAW OFFICES OF MICHAEL JASON LEE, APLC**

*/s/ Michael Jason Lee*
Michael Jason Lee, Esq.
E-Mail: Michael@mjllaw.com
Attorney for Applicant, iFinex Inc.

Dated: October 22, 2019         **DILLON MILLER & AHUJA, LLP**

*/s/ Christopher J. Beal*
Christopher J. Beal, Esq.
E-Mail: cbeal@dmalaw.com
Attorney for Applicant, iFinex Inc.