UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:19-00022 UA (ADS)                                    Date: October 25, 2019

Title:  *In re Application of iFinex Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
         None Present                                              None Present

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING HEARING**

Pending before the Court is an Application to Conduct Discovery Pursuant to 28 U.S.C. § 1782 [Dkt. No. 1] by iFinex Inc. ("Applicant").

This Application is hereby set for a hearing on Wednesday, December 11, 2019 at 10:00 a.m. in Courtroom 6B on the 6th floor of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California 92701.

Applicant is ordered to serve the Application, notice of hearing, and this order on all parties to be subject to subpoena.  Applicant shall file a proof of service by no later than Wednesday, November 27, 2019.

Objections to the Application are due by no later than Wednesday, December 4, 2019.  Reply, if any, is due by Friday, December 6, 2019.

**IT IS SO ORDERED.**

Initials of Clerk kh