MICHAEL JASON LEE, ESQ. (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: 858/ 550.9984
Facsimile: 858/ 550.9985
E-Mail: Michael@mjllaw.com

Christopher J. Beal, Esq. (State Bar No. 216579)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
Email: cbeal@dmalaw.com

Attorney for Applicant,
iFinex Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Application of* <br><br> iFinex Inc. <br><br> Applicant, <br><br> For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | **Case No.: 8:19-mc-00022-UA-ADS** <br><br> **ORDER GRANTING LEAVE TO CONDUCT DISCOVERY IN FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782** <br><br> Mag. Judge: Autumn D. Spaeth |

1 The Court has reviewed Applicant iFinex Inc.'s Application to Conduct Discovery Pursuant to 28 U.S.C. § 1782 (the "Application"), filed October 18, 2019.  Finding no objection on file, the Court has taken the Application under submission without oral argument. The Application is granted.

IT IS SO ORDERED.


Dated: December 12, 2019  	  /s/ Autumn D. Spaeth
						Magistrate Judge Autumn D. Spaeth
						United States District Judge